# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**RODRICKAS A. ALLEN, #J40976**

     Petitioner,

vs.                                          Case No. 3:15cv434-LC/CAS

**STATE OF FLORIDA,**

     Respondent.

_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 6, 2015.  The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

     Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The clerk will transfer this case to the United States District Court for the Middle District of Florida for all further proceedings..

**DONE AND ORDERED** this 17th day of November, 2015.

                *s/L.A. Collier*
                LACEY COLLIER
                Senior United States District Judge